IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VENUS SHARIE ADAMS,

      Appellant,

v.

EDDIE LEMOND BUSH,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3290

_____/

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

Joel M. Cohen, Pensacola, for Appellant.

R. Stan Peeler of Peeler Law Firm, P.C., Pensacola, for Appellee.

PER CURIAM.

      AFFIRMED.

CLARK, ROWE, and MAKAR, JJ., CONCUR.